# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-20488

---

Cindy Bradford,

        *Plaintiff—Appellee*,

*versus*

Barbers Hill Independent School District; Barbers Hill Independent School District Board of Trustees; George Barrera; Fred Skinner; Cynthia Erwin; Becky Tice; Benny May; Eric Davis; Clint Pipes; Greg Poole; Sandra Duree; Mandy Malone; Rick Kana; Ryan Rodriguez; Doug Anderson; Kirven Tillis,

        *Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1802

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 21, 2021, pursuant to appellant's motion.

**A True Copy**
**Certified order issued May 21, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-20488

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT